UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARCO VERCH,<br><br>    Plaintiff,<br><br>v.<br><br>DUETTO RESEARCH, INC.,<br><br>    Defendant. | Case No. 5:19-cv-05099-EJD<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff in this copyright infringement suit is represented by Gregory Peter Goonan and Richard P. Liebowitz. On November 25, 2019, this Court granted Mr. Liebowitz's application for pro hac vice.

It has now come to the Court's attention that in October of 2019, Judge Donato issued an ORDER OF DISBARMENT against Mr. Liebowitz. *In The Matter of Richard P. Liebowitz*, 19mc80228 JD, Dkt. No. 3. In that ORDER OF DISBARMENT, Judge Donato ordered "attorney Richard P. Liebowitz removed from the membership roll of the bar of this Court." *Id.*[1] It has also come to the Court's attention that in another case filed by Mr. Liebowitz, Judge White revoked Mr. Liebowitz's pro hac vice status. *Kuhmstedt v. Livingly Media, Inc.*, 19-5858 JSW, Dkt. No. 13.

In light of the foregoing, Mr. Liebowitz is hereby ordered to show cause why his pro hac vice status in this case should not be revoked. Mr. Liebowitz's response to this Order to Show

---

[1] Mr. Liebowitz filed a Motion to Correct or Otherwise Vacate the Court's Order, Dated October 7, 2019 Respecting Use of the Term "Disbarment." Dkt. No. 5. That motion remains pending before Judge Donato.

Case No.: 5:19-cv-05099-EJD
ORDER TO SHOW CAUSE

1

Cause is due no later than April 27, 2020.

**IT IS SO ORDERED.**

Dated: April 13, 2020

EDWARD J. DAVILA
United States District Judge