Gregory P. Goonan (Cal Bar # 119821)
**THE AFFINITY LAW GROUP®**
5230 Carroll Canyon Road, Suite 230
San Diego, CA 92121
Telephone: (858) 412-4296
Facsimile: (619) 243-0088
Email: ggoonan@affinity-law.com

Attorneys for Plaintiff
Marco Verch

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO VERCH, | ) |
| | ) CASE NO. 5:19-cv-05099-EJD |
| Plaintiff, | ) |
| vs. | ) **NOTICE OF VOLUNTARY DISMISSAL** |
| | ) **OF ENTIRE ACTION** |
| DUETTO RESEARCH, INC., | ) |
| | ) |
| Defendant. | ) |

TO THE COURT, THE PARTIES HERETO AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that plaintiff Marco Verch hereby voluntarily dismisses this entire action with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees.

DATED: June 29, 2020        THE AFFINITY LAW GROUP

By: /s/ Gregory P. Goonan
Gregory P. Goonan
Attorneys for Plaintiff
Marco Verch

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION**
2